1438

**91–1805.** State v. McGuffey. *Washington County*, No. 90–CA–44. *Sua sponte*, cause dismissed for want of prosecution, effective October 16, 1991.

## *Wednesday, October 23, 1991*
### MERIT DOCKET

**90–1588.** Market/Media Research, Inc. v. Cuyahoga Cty. Court of Common Pleas. In Prohibition. On motion to dismiss, motion to reconsider protective order, motion to deem matters admitted, suggestion of mootness, and motion to compel discovery. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1517.** State, ex rel. Morrow, v. Theiss. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1747.** Posey v. Mentor Lagoons, Inc. *Cuyahoga County*, No. 58868. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., HOLMES, WRIGHT and RESNICK, JJ., concur.

SWEENEY, DOUGLAS and H. BROWN, JJ., dissent.

**91–1833.** State, ex rel. Curley, v. Patton. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1835.** Alexander v. Montgomery Cty. Court of Common Pleas. In Quo Warranto. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1836.** Alexander v. Mengel. In Quo Warranto. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1844.** Alexander v. Supreme Court of Ohio. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1901.** Savage v. Franklin Cty. Court of Common Pleas. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.